### Robert Clayton CROW,
### Plaintiff–Appellant

v.

**Theresa RELKIN; Rex Spottedbear; John Doe; Robert Burby; Carlos Alcocer; Ricci Ryan Ostermayer; James Yanas; City of Texas City, Texas, Defendants–Appellees.**

No. 07–40202.

United States Court of Appeals,
Fifth Circuit.

Feb. 1, 2008.

Julia Catherine Hatcher, Galveston, TX, for Plaintiff–Appellant.

Ramon Gustave Viada, III, Abrams, Scott & Bickley, Houston, TX, for Defendants–Appellees.

Before JONES, Chief Judge, and GARWOOD and JOLLY, Circuit Judges.

PER CURIAM: *

Robert Crow appeals the district court's order granting summary judgment to the Defendants and awarding Defendants their costs. This Court has considered the record in light of the briefs and oral argument, and we affirm. The evidence does not establish that all reasonable police officers would have found probable cause lacking under the facts of this case, and Defendants are therefore entitled to qualified immunity. *Babb v. Dorman*, 33 F.3d 472, 477 (5th Cir.1994). We likewise find no abuse of discretion in the award of costs to Defendants. The judgment of the district court is AFFIRMED.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not ·be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.